# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID NEWLAND, ET AL.,<br><br>Defendants. | Case No. 17-CR-0623-JLS<br><br>**ORDER APPOINTING A CLASSIFIED INFORMATION SECURITY OFFICER ("CISO")** |

WHEREFORE, on Motion by the United States for Appointment of a Classified Information Security Officer ("CISO") and pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA, the Court hereby finds good cause to appoint Winfield S. "Scooter" Slade and his designees as the Classified Information Security Officers for this case to assist the Court and court personnel in the handling of any motions pursuant to CIPA, implementing any orders relating to classified matters, and performing any other duties and responsibilities as the Court requires and as prescribed for CISOs in the Security Procedures promulgated by the Chief Justice.

IT IS SO ORDERED.

Dated: April 21, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge