# Exhibit D

| | |
|---|---|
| **From:** | Young, Brian (CRM) |
| **To:** | Jason Silva |
| **Cc:** | Joseph Mancano; Forensics; Russell, Carly (CRM) |
| **Subject:** | RE: US v Newland, et al |
| **Date:** | Friday, March 20, 2020 10:46:07 AM |

As to your request for 0081-19A, that item will fit on a 100GB drive. Could you please send a drive with that amount of storage or greater to Carly Russell so that she may transfer the data to it?

**From:** Jason Silva [mailto:jsilva@cornerstonediscovery.com]
**Sent:** Thursday, March 19, 2020 5:17 PM
**To:** Young, Brian (CRM) <Brian.Young@CRM.USDOJ.GOV>
**Cc:** Joseph Mancano <jdm@cedrone-mancano.com>; Forensics <forensics@cornerstonediscovery.com>
**Subject:** US v Newland, et al

Brian,

Thanks for taking the time this morning to discuss the open/pending discovery issues in this case.
As we discussed, per my discussion with AUSAs Pletcher and Huie last week in San Diego and representation by them to the Judge, in this case, my understanding is the defense will have the opportunity to be provided a copy of the forensic images of all the non-classified data. This included, as a starting point- evidence control number 209-16A.

Based on our conversation this morning, I understand the DOJ's position is we will not be permitted to examine this drive in its entirety, but your office has previously taken some steps to filter data from this drive - even before the hearing in San Diego last week, and there is approximately 90GB of data which will be made available. As you mentioned, "someone screwed up", and you believe there is classified information on this drive. Can you explain further who made this mistake, and when and how it was determined that this was the case?

As to the data now listed as derived evidence item 81-19A, I would kindly request an explanation of the methodology used to determine if classified material is contained on a drive that has already been deemed non-classified. To the extent this full forensic image of the device was processed in some tool, please provide the processing step and settings used (restore deleted content, etc). To the extent an automatic or human filter was applied, please provide the methodology (keywords, etc) to determine what if anything is being withheld from production and to the extent possible a listing of any/all files which are not being produced from this device.

As I mentioned, this 209-16A is the first device we are discussing, but my understanding is we will be allowed to obtain copies of ALL non-classified forensic images. Please let me know the best way to logistically handle this. If separate hard drives would be best, or a NAS storage device will be needed.

Thank you for your time.

**Jason Silva** / Managing Director
jsilva@cornerstonediscovery.com
Office: 267.639.6900 | Cell: 484.574.0761

**Cornerstone Discovery**
4775 League Island Blvd. Philadelphia, PA 19112
http://cornerstonediscovery.com





Don't miss this latest news from Cornerstone:
Case Study: How a Litigation Support Partner Can Help Grow Your Firm