UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID NEWLAND, et al.,<br><br>        Defendants. | Case No.: 17CR0623-JLS<br><br>**ORDER:**<br><br>**1) VACATING STATUS HEARING;**<br>**2) SETTING MOTION HEARING; and**<br>**3) REQUIRING GOVERNMENT RESPONSE TO DEFENSE MOTIONS** |
|---|---|

  On March 5, 2021, Defendants Newland, Shedd, and Herrera filed a Motion for Reconsideration, Objections to CIPA Orders, Motion to Compel Discovery, Request for Security Clearance, and Request for Hearing (ECF No. 437). These motions will be heard before this Court on **Tuesday, April 20, 2021** at **9:00 a.m.** in Courtroom 4D. At that time, the Court will also hear argument on Defendant Dolan's Supplemental Memo Regarding Pre-trial Motions to Dismiss, Specifically with Respect to Government's use of "Stream of Benefits" Theory in Indictment (ECF No. 432). The Government shall file a response to these motions by **April 2, 2021**.

  The Status Hearing currently set for March 19, 2021 is **Vacated**. Defendants shall file acknowledgements of the new hearing date within 10 days of this Order.

  IT IS SO ORDERED.

Dated: March 8, 2021

                 *Janis L. Sammartino*
                 Hon. Janis L. Sammartino
                 United States District Judge