UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID NEWLAND, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 17CR0623-JLS<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR TEN-DAY EXTENSION OF TIME TO FILE RESPONSES AND CONTINUING MOTION HEARING** |

Pending before the Court is the Government's Motion for Ten-Day Extension of Time to File Motion Responses (ECF No. 454). Good cause appearing, the motion is **Granted**; the responses shall be filed by **April 12, 2021**.

IT IS FURTHER ORDERED, on the Court's own motion, that the Motion Hearing currently scheduled for April 20, 2021 shall be continued to **April 29, 2021** at **9:00 a.m.**[1] Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: March 19, 2021

　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court is aware that the United States is not seeking a continuance of the motion hearing date. However, the current hearing date and briefing schedule were specifically set to permit the Court sufficient to time to review the motions, responses, and any replies (not required, but probable), before the hearing date. The Government's proposal to extend its response date without moving the hearing date may not permit the Court adequate time for review and preparation.