UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID NEWLAND, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 17CR0623-JLS<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR 2-WEEK REPLY PERIOD AND CONTINUING MOTION HEARING** |
|---|---|

　　　At the time it issued its recent order continuing the hearing date in this matter (ECF No. 456), the Court had not seen Defendants' Response to Government's Motion for Ten-Day Extension of Time to File Motion Responses (ECF No. 455) in which Defendants request a 14-day period for replies. Good cause appearing, IT IS HEREBY ORDERED that any replies to the Government's responses shall be filed by **April 26, 2021**.

　　　IT IS FURTHER ORDERED that the Motion Hearing currently scheduled for April 29, 2021 shall be continued to **May 6, 2021** at **9:00 a.m.**　Defendants shall file acknowledgements of this hearing date within two weeks of this Order. Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

　　　IT IS SO ORDERED.

Dated: March 23, 2021

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge