CEDRONE & MANCANO, LLC
By:  Joseph D. Mancano, Esquire
353 West Lancaster Avenue – Suite 300
Wayne, PA 19087
Phone:  (215) 925-2500
Fax:  (215) 925-6471
E-mail:  jdm@cedrone-mancano.com

James M.V. Fitzpatrick, Esquire
The Koll Center
501 West Broadway, Suite 800
San Diego, CA 92101
Phone: (619) 884-7719
Fax: (866) 294-9121
E-mail:  jim@jmvf.com

Attorneys for Defendant
David Newland (1)

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 17 CR 0623 (JLS) |
| : | |
| v. : | |
| : | UNOPPOSED MOTION TO |
| DAVID NEWLAND,    (1) : | MODIFY DEFENDANT DAVID |
| : | NEWLAND'S CONDITIONS OF |
| Defendant : | PRETRIAL RELEASE TO |
| : | PERMIT TRAVEL |
| _____: | |

Defendant, David Newland, through counsel, submits this Unopposed Motion to Modify the conditions of his pretrial release to permit him to travel to Greensboro, North Carolina.  The facts in support of this Motion are as follows:

1. On March 10, 2017, Mr. Newland was charged in an Indictment returned in the Southern District of California.

2. On March 14, 2017, Mr. Newland, a resident of San Antonio, Texas, appeared before Judge John W. Primono in the Western District of Texas (San Antonio) for an initial

appearance in connection with the Indictment, and Judge Primono released Mr. Newland on a $50,000 unsecured bond ordering him to appear in the Southern District of California.

3. On March 21, 2017, Mr. Newland appeared before United States Magistrate Ruben B. Brooks in San Diego for an arraignment and bail hearing.

4. Magistrate Brooks imposed the same financial conditions of bail previously set by Judge Primono and restricted Mr. Newland's travel to the Southern District of California, Western District of Texas, and the district of defense counsel's office (Eastern District of Pennsylvania).

5. At the bail hearing, Magistrate Brooks also stated that Mr. Newland could travel to other districts with prior approval by Pretrial Services and the Court.

6. Mr. Newland has fully complied with every condition of his release while under Pretrial Services supervision.

7. Mr. Newland and his wife would like to visit their youngest son and their grandchildren in Greensboro, North Carolina, for the Christmas holiday.

8. Mr. Newland seeks modification of his conditions of pretrial release to allow him to travel to Greensboro, North Carolina from the dates December 24, 2021 through January 2, 2022 to visit his son and grandchildren who live there.

9. Both Pretrial Services officers involved with Mr. Newland, Yolanda German (S.D. Calif.) and Benjamin Moncada (W.D. Texas) have been consulted and have approved Mr. Newland's travel request.

10. Assistant United States Attorney Mark Pletcher was contacted regarding this Motion and has advised that the government has no objection to the relief sought.

WHEREFORE, good cause exists to grant Mr. Newland's Unopposed Motion to modify the conditions of his pretrial release to permit him to travel to Greensboro, North Carolina.

Respectfully submitted:

Dated:  November 30, 2021           By:     */s/ Joseph D. Mancano*
                                            JOSEPH D. MANCANO, ESQUIRE

Dated:  November 30, 2021           By:     */s/ James M.V. Fitzpatrick*
                                            JAMES M.V. FITZPATRICK, ESQUIRE

                                            Attorneys for Defendant
                                            David Newland (1)