1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>DAVID NEWLAND, et al.,<br><br>                                   Defendants. | Case No.:  17CR0623-JLS<br><br>**ORDER SETTING STATUS HEARING RE: JURY** |

On the Court's own motion, IT IS HEREBY ORDERED that a Status Hearing re: Jury shall be held this Wednesday, January 5, 2022, at 11:00 a.m.  Telephonic appearances are permitted.

IT IS SO ORDERED.

Dated:  January 3, 2022

Hon. Janis L. Sammartino
United States District Judge