UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | ) | Case No. 17-cr-0623-JLS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER ON CONTINUING EFFECT OF TRIAL SUBPOENAS |
| DAVID NEWLAND, *et al.*, | ) | |
| Defendants. | ) | |

On January 5, 2022, this Court delayed the start of the trial in the above-named case for three weeks, from February 7 to February 28, 2022. Trial subpoenas that have already been served and command witnesses to appear for the February 7, 2022, trial commencement date need not be re-issued and re-served, and shall remain effective, but counsel who issued any such subpoenas should advise any such witnesses of the date they must appear in court.

**IT IS SO ORDERED.**

DATED: January 6, 2022

Honorable Janis L. Sammartino
United States District Judge