# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>DAVID NEWLAND (1),<br>JAMES DOLAN (4),<br>DAVID LAUSMAN (6),<br>MARIO HERRERA (8),<br><br>                        Defendants. | Case No.: 17CR0623-JLS<br><br>**ORDER GRANTING UNITED STATES' MOTION TO STRIKE**<br><br>**[ECF No. 1104]** |

Good cause appearing, IT IS HEREBY ORDERED that the United States' Motion to Strike (ECF No. 1104) is **Granted**. Defendants' Joint Response in Opposition to Government's Motion for an Additional Protective Order (ECF 1103) shall be stricken from the record.

IT IS SO ORDERED.

Dated: October 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

17CR0623-JLS