UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>DAVID NEWLAND (1),<br>JAMES DOLAN (4),<br>DAVID LAUSMAN (6),<br>MARIO HERRERA (8),<br><br>                              Defendants. | Case No.: 17CR0623-JLS<br><br>**ORDER RE DEFENDANTS' NOTICE RE ORDER STRIKING THEIR JOINT RESPONSE TO GOVERNMENT'S MOTION FOR AN ADDITIONAL PROTECTIVE ORDER** |

Defendants have filed a notice (ECF No. 1123) expressing concern that in its order striking their Joint Response to the Government's Motion for an Additional Protective Order, the Court did not indicate how they should re-file their response. It is not the Court's province, however, to direct the manner in which a party should file a pleading, the Court only expects that recognized rules of procedure be followed. Thus, the Court will strike a document when it contains reproductions of material that the Court has already ordered to be sealed.

Defendants may publicly file a response which does not reveal sealed materials, or they may file the response that was stricken under seal,[1] or they may choose not to respond

---

[1] Defendants complain that they cannot file the documents under seal using the normal process because they cannot state a legal basis for a sealing order and because such a motion could be construed as inviting

at all.  The Court is indifferent.  However, Defendants shall not assume their response is filed but not on the public docket.  The response has been stricken.

      IT IS SO ORDERED.

Dated:  October 28, 2022

                                                      Hon. Janis L. Sammartino
                                                      United States District Judge

---

error, waiver, or forfeiture.  The Court finds this argument entirely unpersuasive.  A motion to file a document under seal because it reveals materials that the Court has previously ordered to be filed under seal does not require a party's agreement with the original sealing order, nor would it compromise any future claim of error with respect to the original sealing order.