FILED
NOV 08 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-0623-JLS |
| Plaintiff, | [PROPOSED] ~~ODER~~ ORDER SEALING THE DEFENDANTS' JOINT RESPONSE IN OPPOSITION TO GOVERNMENT'S MOTION FOR AN ADDITIONAL PROTECTIVE ORDER |
| vs. | |
| DAVID NEWLAND, et al., | |
| Defendants. | |

The Defendants having made a motion to seal their joint response in opposition to the government's motion for an additional protective order, the Court hereby orders the Clerk's Office to accept for filing, and file, under seal the Defendants' joint response in opposition to the government's motion for an additional protective order

**IT IS SO ORDERED.**

Dated: Nov 7, 2022

HON. JANIS L. SAMMARTINO
U.S. District Judge